

**James Bryan WEDDLE,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5135.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2005.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re W. Roy KNOWLES, M.D.**

No. 05–1438.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2005.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ORION INTERNATIONAL
TECHNOLOGIES, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Fiore Industries, Inc., Defendant.**

No. 05–5148.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2005.

ORDER

Appellant having paid the initial fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.